**No. 39690.**—Protest 315851–G of R. Jabbour & Co. (New York).

Opinion by TILSON, J. Embroidered articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 39691.**—Protests 185731–G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by TILSON, J. Knit wool outerwear similar to that involved in Abstract 16064 was held dutiable at 45 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed. Embroidered articles similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.

**No. 39692.**—Protests 670473–G, etc., of L. Bamberger & Co. (New York).

Opinion by TILSON, J. From the record certain items were found to consist of outerwear similar to that involved in Abstract 36548. The claim at 45 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39693.**—Protests 778284–G, etc., of Leon Kargere et al. (New York).

Opinion by TILSON, J. Knit wool outerwear similar to that involved in Abstract 36548 was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1938

**No. 39694.**—Protests 945113–G, etc., of Julius Wile Sons & Co., Inc. (New York).

Opinion by EVANS, J. The Edam balls in question were found to be the same as those the subject of *Wile* v. *United States* (T. D. 49514). The claim at 20 percent under paragraph 1558 was therefore sustained.